IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00271-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRACY HOWARD (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion through counsel for a reduced sentence pursuant to the First Step Act of 2018. (Doc. Nos. 597, 602).

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion for sentence reduction within thirty (30) days of the entry of this Order.

Signed: December 19, 2022

_____
Robert J. Conrad, Jr.
United States District Judge