IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00271-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRACY HOWARD (1) | ) | |

**THIS MATTER** is before the Court upon the defendant's Motion to Dismiss, (Doc. No. 614), his Motion and Supplemental Motion for Reduced Sentence under the First Step Act of 2018, (Doc. Nos. 597, 602).

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Dismiss, (Doc. No. 614), is **GRANTED** and the Motions for Reduced Sentence, (Doc. Nos. 597, 602), are **DISMISSED** without prejudice.

Signed: January 22, 2025

Robert J. Conrad, Jr.
United States District Judge